## Jennings's Estate.

*Appeals—Jurisdiction—Supreme Court—Superior Court—Amount in controversy.*

Where two claims against a decedent's estate are separate and distinct, and neither of them amount to $1,500, they cannot be joined to make up the amount requisite to give the Supreme Court jurisdiction over an appeal by the executrix.

Motion to strike off order remitting case to Superior Court. Appeal 321, Jan. T., 1899, from decree of O. C. Berks Co.

From the record it appeared that on February 26, 1900, the court ordered that the case should be remitted to the Superior Court. Subsequently the appellees presented a petition to strike off this order, in which petition they averred that by the decree appealed from, the sum of $952.89 was awarded to Maria Jennings, and the sum of $645.79 to Dr. Chester B. Jennings, making a total amount involved of $1,598.68. They claimed that the two amounts taken together gave to the Supreme Court jurisdiction over the case.

*Jacobs & Keiser,* for the motion.

*O'Reilly & Deysher,* contra.

PER CURIAM, April 16, 1900:
On the statement of counsel at bar when this case was

called, it was directed to be remitted to the Superior Court. It is now moved to bring it back, on the ground that the appeal being taken by the executrix the amount in controversy is within the jurisdiction of this court, and for this reliance is placed on Staib's Estate, 188 Pa. 238. But in that case the claim of the appellee was single, to the whole fund, though the distribution was to two adverse claimants. Therefore it was said that if the position of the parties were reversed the appeal would be to this court. In the present case the two claims resisted by the appellant are separate and distinct; neither of them being for as much as $1,500 they cannot be joined to make up the requisite amount. The order heretofore made was therefore correct.